IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS E. RICHARD, JR.                                              PLAINTIFF

VS.                       CASE NO. 4:08-CV-4016

LOUIE GRAVES, JANE
GRAVES, and BOBBIE JO
GREEN, HOWARD COUNTY
CIRCUIT CLERK                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 8, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). After seeking and obtaining leave for additional time in which to respond to the Report and Recommendation, (Doc. 12) Plaintiff Louis E. Richard, Jr. has responded with timely objections. (Doc. 13). Plaintiff also filed a Supplement to his objections. (Doc. 14). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. In his Report, Judge Bryant recommends that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) on the grounds that his claims: (1) are frivolous; (2) fail to state a claim upon which relief can be granted; (3) are asserted against individuals who are immune from suit; and (4) are not presently cognizable under § 1983. The Court agrees. In his Objections and Supplement, Plaintiff does little more than reallege and restate the allegations contained in his complaint. As a result, nothing in Plaintiff's Objections, nor in his Supplement, persuades the Court that immediate dismissal, as recommended by Judge Bryant, is not appropriate.

Accordingly, Plaintiff Louis E. Richard's complaint should be and hereby is **DISMISSED**

**WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2008.

>                     /s/ Harry F. Barnes
> Hon. Harry F. Barnes
> United States District Judge